**FILED**
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**

**JAN 28 2010**

DAVID J. MALAND, CLERK
BY
DEPUTY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:10CR21 |
| | § | (Judge Schell) |
| PAUL POGUE | § | |

## INFORMATION

THE UNITED STATES ATTORNEY ALLEGES THAT:

### COUNT ONE

Violation: 26 U.S.C. § 7206(1)
(Making and subscribing a false tax return)

On or about September 10, 2004, in the Eastern District of Texas, **Paul Pogue (Pogue)**, defendant, willfully made and subscribed a United States Individual Income Tax Return Form 1040, for calendar year 2003, which verified under the penalties of perjury that the information was true and correct, which he did not believe as to every material matter in that the Form 1040 reflected he had taxable income of $4,594,052 in 2003, when the defendant then knew and believed he had taxable income well-exceeding that amount;

In violation of 26 U.S.C. § 7206(1).

JOHN M. BALES
United States Attorney

_____
J. ANDREW WILLIAMS
Assistant U. S. Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | NO. 4:10CR_____ (Judge _____) |
| PAUL POGUE | § | |

## NOTICE OF PENALTY

### COUNT ONE

**Violation:** Title 26 U.S.C. § 7206(1)
Making and subscribing a false tax return

**Penalty:** Imprisonment for not more than three (3) years; a fine of not more than $250,000.00 or not more than the greater of twice the gross gain to the defendant or twice the gross loss of any victim; and a term of supervised release of not more than one (1) year.

**Special Assessment:** $100.00