# APPENDIX 1

# Exhibits to
# Sentencing Memorandum
# on Behalf of Paul Pogue

**Attorneys for the Defendant**
Michael E. McCue
Michael A. Villa, Jr.
Stephanie D. Mongiello
**MEADOWS, COLLIER, REED,
COUSINS, CROUCH & UNGERMAN, L.L.P.**
901 Main Street, Suite 3700
Dallas, Texas 75202-3792
214.744.3700 *Phone*
214.747.3732 *Fax*

Case 4:10-cr-00021-RAS-DDB   Document 18-1   Filed 08/24/10   Page 2 of 18 PageID #: 114

**Exhibit A**

## Paul Pogue Charities and Missions

1. Christ for India
2. Mexico Ministries
3. Mundo De Fe (World of Faith)
4. African Missions
5. Grace Flights
6. Military Ministry in Williamsburg, VA
7. Children's Wing at First Baptist Church, McKinney
8. CASA of Collin County
9. Samaritan Inn
10. Red Cross of McKinney
11. Avenues Counseling Center of Collin County
12. Smiles for Habitat
13. Spanish Church sponsored by First Baptist Church of McKinney
14. First Baptist Church – McKinney
15. Crepe Myrtle Trails of McKinney
16. Allen ISD Education Foundation
17. Austin College
18. Collin College
19. Make a Wish Charities
20. Texoma Medical Center, Denton, Texas
21. Cross Timbers Youth Orchestra
22. McKinney ISD

23. 3e McKinney
24. Walking in Love Ministries, Nigeria, Africa
25. International Missions Network, Phillipines
26. Musa Njuguna Ministries, Kenya, Africa
27. Nora Lamb Missions, China
28. Boy Scouts of America
29. YMCA
30. Numerous North Texas Educational Associations
31. American Cancer Society
32. McKinney Rotary Club

Exhibit B

# PAUL POGUE'S PLANNED MISSION TRIPS

## Monthly Grace Flights / Angel Flights
Monthly planned trips flying critically ill patients to receive medical care in Paul's personal plane at his own personal expense. This usually involves a 5-state region with the bulk of the trips to Houston and San Antonio.

## October 22, 2010
A planned trip to Chiapas Mexico, leading a team to build a church for the indigenous people of that region. This will involve around 30 men that will make up the construction crew.

## December 12-17, 2010
A planned trip to Casa Hogar, in Tuxtla Mexico. This is an orphanage with 131 children from the ages of 8 months to the ages of 17 years. This trip will be to distribute toys, clothes, and educational supplies. This is an annual trip for the last five years.

## January 17-26, 2011
A planned trip to Vizag, India. This is a work trip to design a master plan for the 25 acres that houses over 1000 orphans and students. This trip will also be to organize the repair and remodeling of the school dorms. Mr. Pogue has been on campus before and has knowledge of what needs to be done, but needs to be able to design a master plan for the future. He has been involved in this ministry for twenty years, and has served on the executive board for 10 years. This ministry prepares around 3000 meals daily to the students and teachers.

## March 20-26, 2011
A planned trip to Chiapas, Mexico, which will include a medical team that will work in the clinic that was built 8 years ago. The second team will be a group of 30 men that will build a church, and provide any needed repairs to the local buildings. Paul will be orchestrating the construction and leading the team.

**Exhibit C**



**Exhibit D**

CHRIST FOR INDIA

EXHIBIT "D"



# Christ for India, Inc.
*Fulfilling Christ's Great Commission to India*

| Jameson P. Titus | Dr. P.J. and Mary Titus |
|---|---|
| President, CEO | Founders |

March 17, 2010

The Honorable Richard A. Schell
United States District Judge
Eastern District of Texas
7940 Preston Road, Suite 111
Plano, Texas 75024

    RE:  Paul Pogue (Case no. 4:10CR21)

Dear Judge Schell:

I serve as President of Christ for India, International, a mission organization founded 29 years ago. Christ for India exists to fulfill Christ's great commission to India by training nationals as pastors and evangelists, establishing native churches, providing humanitarian aid and educating India's future leadership. We are not only concerned with the spiritual needs of the people of India, but their physical needs as well. Many humanitarian ministries are used to help alleviate the sufferings of the poor and destitute in order to break the poverty cycle. We have a theological college, seminary, junior college, women's vocational school and a public school for children K-10 standard. We also have a children's home for poor and destitute children, including orphans. If it were not for the children's home, hundreds of India's children would still be living on the streets with no hope of a life free of danger, starvation and often begging on the streets or slavery.

My father, the late Dr. P. J. Titus, met Paul Pogue in the late 1980s and Paul and his family have been a vital part of our work in India ever since. Paul served on the Christ for India Board of Directors for over six years.

---

*Christ for India... training, establishing churches, humanitarian aid, educating India's future leadership*

P.O. Box 271086 • Dallas, Texas  75227 • Phone (972) 771-7221 • Toll Free 1-800-934-0380
www.christforindia.org • E-mail cfimin@christforindia.org



He generously provided funds for the building of our Jyothi Hospital and helped provide equipment for our eye clinic. He came to the campus to set the cornerstone for the hospital in 1996. He has remained a friend of my family and ministry ever since.

Paul was instrumental in my going into full time ministry in 2001 when I left the marketplace. He counseled my wife and me in his home about how our life would change. He cared so much about the work that he wanted to be sure me and my family realized the expectations of full time service. He continues to be a source of strength to me and mentors me is many areas of my life.

I want you to know that Paul has been very generous. He gives monthly to the everyday expenses of our ministry. He gave funds for the down payment and moving expenses to relocate the Christ for India International offices in Rockwall when we had no place of our own. Each year he and his family provide a significant gift to help the needy children in India. When my mother visits from India he invites her to come and greet his employees telling them that the work Christ for India does is why they work so hard in his business. He is a very giving person. I believe it is his desire to help others that fuels his company.

Judge Schell, please take into consideration all that Paul has done to bless those who cannot repay him. I ask that you please be lenient. Paul has come forth to make things right and he deserves another chance.

Paul has blessed many who cannot in any way repay his generosity not only in this community but he is also serving others in the nation of India.

Thank you for your kind consideration,

Jameson Titus
President





Paul helped — Gracia
sponsor — Hospital







Exhibit E