Exhibit F

MUNDO de FE

EXHIBIT "F"

MUNDO DE Fe

March 19, 2010

The Honorable Richard A. Schell
United States district Judge
Eastern District of Texas
7940 Preston Road, Suite 111
Plano, Texas 75024

Re: Paul Pogue (Case No. 4:10CR21)

Dear Judge Schell:

Your Honor, by way of introduction, I am Pastor Ralph L. Holland, the founder of *Mundo de Fe*, the Hispanic Ministry of Covenant Church, a ministry that serves more than 4,000 Spanish-speaking congregants. I oversee all related churches to our network of Spanish-speaking congregations both here and in many nations of Latin America. In addition to Latin America, I oversee missions works in Africa, Asia, Europe and the Middle East.

I have known my friend, Paul Pogue, for more than 10 years. Paul has traveled with me to many nations, particularly in Latin America. He has assisted me in missions building projects internationally, donated not only his time and expertise, but has been a major contributor financially to these projects through our Missions department.

Paul is a man with a big heart. He has been generous in his giving and has been a "hands-on" worker, down in the trenches with shovel and pick, teaching others by example. Paul organized teams and oversaw the construction of our ministry center in Managua Nicaragua, a project that exceeds $1 million U.S. dollars. Paul and those he encouraged to contribute to this mission project donated a large portion of that money.

Paul, along with his wife Judy, became very involved in our orphanage in Nicaragua, our work in Costa Rica, and among indigenous people of the mountains of Mexico. I have always admired Paul's willingness to adapt to the cultural limitations in third world countries; eating, sleeping, and worshipping with the nationals.

Your Honor, as a Pastor with more than 40 years in ministry, I am so sorry that Paul has found himself in this questionable tax issue. I have never known of Paul being malicious in any financial dealings. So I am appealing to your consideration for a ruling that would rectify the wrong, but lenient in your judgment to the degree that would be in keeping with your jurisdiction.

Paul made his situation known to us and is submitted to our counsel, care, and orientation as we have made this a matter of fervent prayer on his behalf.

Thank you again for your consideration of this appeal. I know that your wisdom and your sentencing will be in accordance with fairness.

Sincerely,

Dr. Ralph L. Holland, D.Th.
Founder, Mundo de Fe

2644 E. Trinity Mills Road Carrollton, TX 75006 972/417.6912 Fax 972/417.6916 www.mundodefe.org

MANAGUA NICARAGUA ORPHANAGE MR. POGUE HELPED REMODEL AND SUPPORT

MR. POGUE ALSO DONATED A BUS FOR THE CHILDREN AND A TRACTOR FOR THE FARMING TO FEED THE CHILDREN

EXHIBIT "F"

Nicaragua
Orphanage
Paul helped Build








Paul's work
Nicaragua
BASS




Trailside
DALLAS DESPERADOS

Tractor Paul donated to Nicaragua orphans




Nicaragua
orphange
work trip


iExplore

MANAGUA NICARAGUA

CHURCH DESIGNED AND BUILT BY MR. POGUE

Church Paul built
in Nicaragua







**Exhibit G**

AFRICA MISSIONS WORK

EXHIBIT "G

Walking in Love Ministries of MKP, Inc.
Changing Lives for Eternity
Fred and Mary Kay Posey
Phone: 972-564-3157
P.O Box 2249 Forney, Texas 75126
Website: www.walkinginloveministries.com

The Honorable Richard A. Schell
United States District Judge
Eastern District of Texas
7940 Preston Road, Suite 111
Plano, Texas 75024

Re: Paul Pogue (Case No. 4:10CR21)

Dear Judge Schell:

We are Fred and Mary Kay Posey. We are primary officers in the nonprofit Christian corporation, Walking in Love Ministries of MKP, Inc. In 2005 after we retired, we were called to carryout missionary outreach to the region that Mrs. Posey was raised in Nigeria, West Africa. As a baby her parents, pioneer Baptist missionaries to the Delta area of Nigeria, began a clinic that became the Eku Baptist Hospital. The ministry is to facilitate teams of doctors, medical personnel, pastors, teachers, nurses, and others to take short term mission trips to minister to the sick of body and spirit. The hospital operates independent of Mission Boards, so we collected medical equipment, supplies, and materials to ship two 40 foot containers in 2007 for the hospital with another two waiting to be shipped in 2010. The outreach of the ministry has included the starting of an orphanage and old folk's facility that provides shelter and food.

In 1987 we met Paul Pogue while living in Sherman, Texas. We attended church together for the five years we were in Sherman. We participated and taught at a monthly Bible study that they hosted at their home. After moving from Sherman, we have continued the friendship. We were part of a group of close friends that would travel to sporting events, religious conferences, and mission outreaches. Paul was always a gracious host, a capable supporter, a wise leader, a hard worker, and willing to give as needed. One of the impressive characteristics that we appreciate about Paul is how he continued to consider us as kindred spirits even as he was blessed with success. His unselfish attitude and honesty were traits that were always evident when we met together. I knew that I could trust Paul when he told me something or recommended that something should be done.

When we first began our ministry to help the hospital, Paul was one of the first to give to us. More than the funding, he promised to pray for us continually. We have felt those prayers. When we meet each other now, he is interested in how we are doing and what is happening for the Glory of God. In 2006 as we prepared the containers for the hospital, Paul offered to pay for the shipping of one of the containers. When the time came for them to be shipped in late 2006, he was dependable with a very large gift that covered the cost. His experience working with mission outreaches and orphanages on the local level and in places like Mexico have been helpful in his advice to us.

Your Honor, we appeal to you to take the character of this man into consideration when you hear and judge the circumstances of this matter. We pray that you will be lenient and fair in your judgment.

Sincerely,

Fred G. Posey

Mary Kay Posey

Africa
Masai TRIBE
Kenya –
– Paul



Kenya Africa
Paul with Masai
TRiBE

Paul




School Paul helped with Kenya
Primary School Kenya


orPhans we


MY HOUSE
HOUSE OF PRAY
CHURCH O
LANG
AND KIND

Paul speaking in Kenya Africa



Church in Molo
Africa - Kenya.
Paul helped Build




Bishop P.
Musa Nyaunaga
(Ngugwa)
Church in
Molo Africa
Paul looking at
construction
Construction
Project Kenya

School Paul helps
sponsors in
Kenya

